UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD A. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV415 HEA |
| ) | |
| METROPOLITAN POLICE DEPT , ) | |
| OF THE CITY OF ST. LOUIS, et al. ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's Motion for Continuance, [Doc. No. 20]. Defendant has not filed a response to this motion. The motion is granted. Plaintiff is given an additional thirty days to disclose his expert witnesses pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and an additional thirty after disclosure for taking depositions.

Dated this 17th day of February, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE